**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CINDY MOONSAMMY, et al.,

                     Plaintiffs,

    -against-                                        23 **CIVIL** 10491 (PAE)

## **JUDGMENT**

DAVID C. BANKS, et al.,

                     Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 23, 2024, the Court has entered summary judgment in favor of the Moonsammys on their claim that the SRO erroneously denied them an IEE at public expense. The Court has denied summary judgment to both parties on the Moonsammys' claims for direct payment and one-to-one nursing services. The Court has remanded these matters to the SRO for clarification and further development of the record and for supplementation of his order on these points, consistent with the discussion herein. The Court encourages the SRO to complete this process within two months. The Court directs that counsel, upon issuance of a supplemented order by the SRO, forthwith file such order on the docket of this case; accordingly, the case is closed.

**Dated:**  New York, New York

      September 26, 2024

                                                   **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                          **BY:**      *K. Mango*

                                                    **Deputy Clerk**