UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY MOONSAMMY *et al.*,

                              Plaintiffs,

                  -v-

DAVID C. BANKS *et al.*,

                              Defendants.

23 Civ. 10491 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court has received a letter from plaintiffs' counsel, Brain Injury Rights Group ("BIRG"), notifying it of an adverse decision on remand by State Review Officer ("SRO") Bates and requesting that the Court set a briefing schedule for plaintiffs to seek judicial review of that decision. Dkt. 33 at 4. Before doing so, the Court seeks defendants' perspective. **Defendants' letter is due Friday, January 3, 2025.** Insofar as plaintiffs' counsel faults the SRO for sending communications on this matter to an attorney for plaintiffs (Ataur Raquib, Esq.) whom BIRG states had ceased to be employed by BIRG, defendants' letter should address, *inter alia*, whether—and if so when and by whom—defendants, and to their knowledge the SRO, had been notified by plaintiffs' counsel (1) that Raquib had ceased to represent plaintiffs and (2) the name of successor counsel at BIRG.

SO ORDERED.

                                                                       *Paul A. Engelmayer*
                                                                  PAUL A. ENGELMAYER
                                                                  United States District Judge

Dated: December 17, 2024
       New York, New York